CAROLEE G. KILDUFF, ESQ., SB No. 107232
   Email: ckilduff@akk-law.com
SERENA M. WARNER, ESQ., SB No. 264799
   Email: swarner@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants CITY OF LODI and ED FITZPATRICK

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDREW PERALES, an individual, | Case No.: 2:15-cv-01107-MCE-CKD |
| Plaintiff, | |
| vs. | **STIPULATION EXTENDING TIME TO FILE RESPONSE; ORDER THEREON** |
| CITY OF LODI; ED FITZPATRICK, an individual; and DOES 1 through 50, inclusive, | |
| Defendants. | |

///

///

///

///

///

///

///

///

///

///

-1-
STIPULATION EXTENDING TIME TO FILE A RESPONSE;  ORDER THEREON

1  Defendants CITY OF LODI and ED FITZPATRICK, and Plaintiff ANDREW PERALES
2 hereby stipulate to an additional extension of Defendants' time to file a response to the
3 Complaint pursuant to Local Rule 144(a).  Defendants have an additional fourteen (14) days
4 (until August 12, 2015) to answer or otherwise respond to Plaintiff's complaint. One extension
5 has been previously obtained by the parties by stipulation.

Dated: July 28, 2015                                          BASHAM LAW GROUP

                                                                         By:  /s/ Nathan Jackson
                                                                              GARY R. BASHAM
                                                                              NATHAN T. JACKSON
                                                                              Attorneys for Plaintiff,
                                                                              ANDREW PERALES

Dated:  July 28, 2015                                         ANGELO, KILDAY & KILDUFF, LLP

                                                                                /s/ Serena M. Warner
                                                                         By:_____
                                                                              CAROLEE G. KILDUFF
                                                                              SERENA M. WARNER
                                                                              Attorney for Defendants,
                                                                              CITY OF LODI and
                                                                              ED FITZPATRICK

    IT IS SO ORDERED.

Dated:  July 29, 2015

                                                              _____
                                                              MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                                              UNITED STATES DISTRICT COURT