CAROLEE G. KILDUFF, ESQ., SB No. 107232
   Email: ckilduff@akk-law.com
SERENA M. WARNER, ESQ., SB No. 264799
   Email: swarner@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants CITY OF LODI and ED FITZPATRICK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW PERALES, an individual, | Case No.: 2:15-cv-01107-MCE-CKD |
| Plaintiff, | |
| vs. | **STIPULATION AND REQUEST TO MODIFY PRE-TRIAL SCHEDULING ORDER PURSUANT TO FRCP 16(b); ORDER THEREON** |
| CITY OF LODI; ED FITZPATRICK, an individual; and DOES 1 through 50, inclusive, | |
| Defendants. | |

Defendants CITY OF LODI and ED FITZPATRICK, and Plaintiff ANDREW PERALES, through their respective attorneys, hereby stipulate, with the Court's permission, to extend the date for expert disclosure by sixty (60) days, from the current date of November 18, 2016 to January 17, 2017.   The parties stipulate to the following facts: Plaintiff and Defendants have completed discovery and have agreed this would be a good time to attempt to settle the case through a private mediation, before they have incurred the expense of experts. The parties believe they will have a better opportunity to settle the case before they have expended the necessary funds to facilitate and obtain the expert reports required for expert disclosure, and before any expert discovery.

Further, the parties have agreed upon a third party neutral, Alan Berkowitz of Judicate West, and reserved November 21, 2016 for an all day mediation. The parties request that the date for expert disclosure, currently scheduled for November 18, 2016, be moved to allow the mediation to occur before they incur the additional expense of experts and submit that this scheduled mediation and attempt at settlement is good cause to modify the pre-trial order. The parties agree that no further modification of the pre-trial order is requested or necessary at this time.

Dated: October 21, 2016              BASHAM LAW GROUP

                                     /s/ Gary R. Basham [10/21/16 approved]
                                     By_____
                                         GARY R. BASHAM
                                         NATHAN T. JACKSON
                                         Attorneys for Plaintiff
                                         ANDREW PERALES

Dated:  November 1, 2016             ANGELO, KILDAY & KILDUFF, LLP
                                         /s/ Carolee G. Kilduff
                                     By:_____
                                         CAROLEE G. KILDUFF
                                         SERENA M. WARNER
                                         Attorney for Defendants
                                         CITY OF LODI and
                                         ED FITZPATRICK

ORDER

Having reviewed the foregoing stipulation and good cause appearing, it is hereby ordered that the date for disclosure of expert witnesses is continued from November 18, 2016 to January 17, 2017.  All other dates set forth in the Court's Pretrial Scheduling Order filed October 14, 2015 (ECF No. 9) remain in full force and effect.

        IT IS SO ORDERED.

Dated:  November 1, 2016

                                     _____
                                     MORRISON C. ENGLAND, JR
                                     UNITED STATES DISTRICT JUDGE