CAROLEE G. KILDUFF, ESQ., SB No. 107232
    Email:  ckilduff@akk-law.com
SERENA M. WARNER, ESQ., SB No. 264799
    Email:  swarner@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

JANICE D. MAGDICH, ESQ., SBN: 188278
    Email:  jmagdich@lodi.gov
City Attorney, City of Lodi
P.O. Box 3006
Lodi, CA  95241
Telephone:  (209) 333-6701
Fax:  (209) 339-0763

Attorneys for Defendants CITY OF LODI and ED FITZPATRICK

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDREW PERALES, an individual | Case No.: 2:15-cv-01107-MCE-CKD |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii); ORDER THEREON** |
| CITY OF LODI; ED FITZPATRICK, an individual; and DOES 1 through 50, inclusive, | |
| Defendants. | |

   WHEREAS, the parties to this action have reached a settlement which resolves all claims including claims for attorney's fees and costs, without any admission of liability;

   WHEREAS, The settlement has now been fully executed;

   IT IS HEREBY STIPULATED, by and between Plaintiff ANDREW PERALES and Defendants CITY OF LODI and ED FITZPATRICK, through their respective counsel, in

accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this action and all defendants shall be dismissed with prejudice, with each side to bear their own costs and attorneys' fees in accordance with the terms of the settlement agreement executed by the parties.

Dated: January 31, 2017                ANGELO, KILDAY & KILDUFF, LLP

/s/ Carolee G. Kilduff
By:_____
CAROLEE G. KILDUFF
SERENA M. WARNER
Attorneys for Defendants,
CITY OF LODI and
ED FITZPATRICK

Dated: January 31, 2017                BASHAM LAW GROUP

/s/ Gary R. Basham
By:_____
GARY R. BASHAM
NATHAN T. JACKSON
Attorneys for Plaintiff,
ANDREW PERALES

## ORDER

In accordance with the foregoing stipulation, and good cause appearing, the above-entitled action is hereby dismissed, with prejudice, each side to bear its own costs and attorneys' fees. The matter having now been resolved in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: January 31, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE